# ALABAMA COURT OF CRIMINAL APPEALS



April 25, 2025

**CR-2023-0874**

James Arthur Culbreth v. State of Alabama (Appeal from Montgomery Circuit
Court: CC-99-595, CC-99-595.67, CC-99-596 and CC-99-596.67)

## <u>NOTICE</u>

You are hereby notified that on April 25, 2025, the following action was taken
in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk